THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* WILLIAM DE GOODE, Respondent.

*Crimes — larceny — judgment convicting defendant of grand larceny in first degree reversed.*

*People* v. *De Goode*, 203 App. Div. 35, affirmed.
(Argued June 7, 1923; decided July 13, 1923.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered October 13, 1922, which reversed a judgment of the Kings County Court, rendered upon a verdict convicting defendant of the crime of grand larceny in the first degree and granted a new trial.

*Charles J. Dodd, District Attorney (Henry J. Walsh* and *William F. X. Geoghan* of counsel), for appellant.

*Peter P. Smith, William H. Good* and *J. G. Finklestein* for respondent.

Order affirmed; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.